**Florsheim Shoe Company, defendant in error, v. Benjamin D. Ritholz, plaintiff in error. Gen. No. 36,998.**

Opinion filed May 2, 1934. Rehearing denied May 16, 1934.

Aaron Soble, for plaintiff in error; Irving Goodman, of counsel. Osborne, Kline & McGurren, for defendant in error; Wilson L. Kline, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

**Marvin F. Tackett for use of Charles A. Wolf, appellee, v. Charles Cress and W. G. Tackett, appellants. Gen. No. 37,052.**

Opinion filed May 2, 1934.

Kirkland, Fleming, Green & Martin and Beckman, Todd, Hough & Woods, for appellants; John W. Browning, of counsel. Pritzker & Pritzker, for appellee; Stanford Clinton, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

**B. Given, appellee, v. Hattie H. Lofton, appellant. Gen. No. 37,064.**

Opinion filed May 2, 1934. Rehearing denied May 16, 1934.

Bibb & Tyree, for appellant; Louis C. Tyree, of counsel. Wexler & Block, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

**In re Application of Elizabeth G. Richter to register title, L. R. No. 2593.**

**Petition of August A. Timke et al., appellants, v. Henry M. Seligman, appellee. Gen. No. 37,087.**

Opinion filed May 2, 1934.

John R. O'Connor, Alben F. Bates and William M. Webster, for appellants. Henry M. Seligman, *pro se.*

Mr. Justice Wilson delivered the opinion of the court.